# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

RAKIM X. FARRAKHAN
ADC #114344                                                                                          PLAINTIFF

V.                                            4:06CV00807 SWW

LEROY BROWNLEE *et al.*                                                                  DEFENDANTS

## **JUDGMENT**

 Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

 DATED this 25th day of July, 2006.

             /s/Susan Webber Wright

            UNITED STATES DISTRICT JUDGE