**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

RAKIM X. FARRAKHAN
ADC #114344                                                                                          PLAINTIFF

V.                                          4:06CV00807 SWW

LEROY BROWNLEE *et al.*                                                                DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE